AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of MA/NH/OH, Inc.
V.
Albert Santos

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 11155 PBS

TO: (Name and address of Defendant)

Albert Santos
36 Wood Duck Road
Acushnet, MA 02743

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 3 2005

CLERK                                DATE

(By) DEPUTY CLERK



**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

June 14, 2005

I hereby certify and return that on 6/10/2005 at 06:23 pm I served a true and attested copy of the Summons and Complaint, Disclosure Stmt. in this action in the following manner: To wit, by leaving at the last and usual place of abode of Albert Santos, 36 Wood Duck Road Acushnet, MA 02743 and by mailing first class mail to the above-mentioned address on 6/10/2005. Copies ($4.00), Conveyance ($0.75), Travel ($22.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $60.40

Deputy Sheriff Michael P. Young                                    Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                   Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.