## UNITED STATE DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS/
NEW HAMPSHIRE/OHIO INC.
("Comcast"),
            Plaintiff

v.

ALBERT SANTOS,
            Defendant

Case No. 05-11155 PBS

### ANSWER TO COMPLAINT FOR VIOLATIONS
### OF 47 U.S.C. § 553 AND CONVERSION

1.    Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

2.    Albert Santos denies using statutory prohibitive electronic devices that descrambled and intercepted Comcast Cable television signal in violation of 47 U.S.C. §553.

3.    Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

4.    Albert Santos admits that he is an individual with the principal residence at 36 Wood Duck Road in Acushnet, Massachusetts. The balance of the allegation is denied.

5.    Does not require a responsive pleading.

6.    Does not require a responsive pleading.

7.    Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

8.    Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

9.    Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

10.    Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

11. Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

12. Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

13. Albert Santos denies the allegations contained in Paragraph 13 of the Complaint.

14. Albert Santos denies the allegations contained in Paragraph 14 of the Complaint.

15. Albert Santos denies the allegations contained in Paragraph 15 of the Complaint.

16. Albert Santos denies the allegations contained in Paragraph 16 of the Complaint.

## COUNT I

17. Reallege and reaver the responses referenced in Paragraphs 1 through 16 herein as if fully set forth.

18. Albert Santos denies the allegations contained in Paragraph 18 of the Complaint.

19. Albert Santos denies the allegations contained in Paragraph 19 of the Complaint.

20. Albert Santos lacks information with which to either admit or deny the same and calls upon Plaintiff to prove the same.

21. Albert Santos denies the allegations contained in Paragraph 21 of the Complaint.

22. Defendant denies that it intercepted or used Comcast Cable transmissions in other than a legal fashion.

23. Albert Santos denies the allegations contained in Paragraph 23 of the Complaint.

## COUNT II

24. Reallege and reaver the responses referenced in Paragraphs 1 through 23 herein as if fully set forth.

25. Albert Santos denies the allegations contained in Paragraph 25 of the Complaint.

26. Albert Santos denies the allegations contained in Paragraph 26 of the Complaint.

27. Albert Santos denies the allegations contained in Paragraph 27 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs fail to state a claim or cause of action against Defendant for which relief can be granted and Plaintiffs complaint must therefore be dismissed.

### Second Affirmative Defense

Albert Santos denies that he willfully or knowingly utilized any illegal device or otherwise violated any statutory scheme designed to protect the interests of Plaintiff.

### Third Affirmative Defense

Plaintiffs' claim is barred by the applicable statute of limitations.

### Fourth Affirmative Defense

Plaintiffs' claim is barred by the doctrine of estoppel.

### Fifth Affirmative Defense

Albert Santos reserves the right to assert any further affirmative defense or defenses as the same may develop over the course of litigation.

WHEREFORE, the Defendant Albert Santos prays that this Court enter judgment in his favor together with his attorney's fees and costs incurred in connection with defense thereof and such other awards as this Court deems just and appropriate.

ALBERT SANTOS
By his Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Kehoe (BBO #264240)
700 Pleasant Street
New Bedford, MA 02740
(774) 206-8200
(774) 206-8210 FAX

DATED: July 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint for Violations of 47 USC § 553 and Conversion was sent via facsimile (413-584-6278) and via U.S. Mail, postage prepaid on this 7th day of July, 2005 to:

John M. McLaughlin, Esquire
Green, Miles, Lipton & Fitz-Gibbon LLP
P.O. Box 210
Northampton, MA  01061

Michael A. Kehoe (BBO #264240)

807737_1/999998-75