UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.**<br><br>    Plaintiff,<br><br>vs.<br><br>**Albert Santos**<br><br>    Defendant | ) Case No.: 05-cv-11155 PBS<br>)<br>) **STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>) |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts/NH/Ohio, Inc.
By Its Attorney,

___9/28/05___
Date

_____
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

                                                Respectfully Submitted for the Defendant,
                                                Albert Santos
                                                By his Attorney,

_9/21/05_                                       /s/ Michael A. Kehoe
Date                                           Michael A. Kehoe
                                                Partridge, Snow, & Hahn, LLP
                                                700 Pleasant Street
                                                New Bedford, MA 02740
                                                (774) 206-8200